UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERNAN MONTERO, an individual, | ) Civil No. 10CV1590 BEN(RBB) |
| Plaintiff, | ) ORDER FOLLOWING EARLY NEUTRAL |
| | ) EVALUATION CONFERENCE, SETTING |
| v. | ) RULE 26 COMPLIANCE |
| MV SAN DIEGO, a California general partnership; SEAFORTH SPORTFISHING CORPORATION, a California corporation; *in personam*, and M/V SAN DIEGO, U.S. Coast Guard official number 299266, her engines, tackle, apparel, furniture, and appurtenances, *in rem*, and DOES 1 through 20, inclusive, | ) |
| Defendants. | ) |

On December 1, 2010, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any

1  objections to initial disclosure will be resolved as required by
2  rule 26.
3       2.  The rule 26(f) conference shall be completed on or before
4  December 27, 2010.
5       3.  No discovery plan is required.
6       4.  The initial disclosures pursuant to rule 26(a)(1)(A-D)
7  shall occur on or before January 10, 2011.
8       5.  Counsel, all parties, and any other person(s) whose
9  authority is required to negotiate and enter into a settlement
10 shall appear in person on March 30, 2011, at 1:30 p.m. in the
11 chambers of United States Magistrate Judge Ruben B. Brooks, U.S.
12 Courts Building, 940 Front Street, Room 1185, San Diego,
13 California, 92101-8926, for a further settlement conference.
14      Plaintiff's(s') counsel shall serve a copy of this order on
15 all parties that enter this case after the date of this order.
16      Failure of any counsel or party to comply with this order may
17 result in sanctions.
18      IT IS SO ORDERED.
19
20 DATED: December 1, 2010
                                    Ruben B. Brooks
21                                  United States Magistrate Judge
22 cc:
   Judge Benitez
23 All Parties of Record