**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MONTERO v. MV SAN DIEGO                          Case No. <u>10CV1590 BEN(RBB)</u>
                                                  **Time Spent:** _

HON. RUBEN B. BROOKS       CT. DEPUTY VICKY LEE                      Rptr.

                              Attorneys
        <u>Plaintiffs</u>                    <u>Defendants</u>

Jessica Voss_____    Russell Patrick Brown_____
_____    _____
_____    _____

PROCEEDINGS:   <u>X</u>  In Chambers  _____   In Court   _____  Telephonic

An early neutral evaluation conference and case management conference were
held.

A settlement conference is set for March 30, 2011, at 1:30 p.m.

Each party is to submit a settlement brief to chambers, not to exceed ten
pages, no later than March 23, 2011.

**All parties and counsel shall be present at the conference in Judge Brooks's
chambers, 940 Front Street, Room 1185.  Parties other than individuals shall
bring a non-lawyer representative with complete authority to enter into a
binding settlement <u>and</u> a claims adjuster, if appropriate.**

DATE: <u>December 1, 2010</u>        IT IS SO ORDERED:
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc:  Judge Benitez                   INITIALS:  <u>VL (mg/irc)</u>  Deputy
     All Parties of Record